IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KEVIN L. HAMILTON, JR.  PLAINTIFF
#02395-21

v.  No: 4:21-cv-1004-DPM

ERIC HIGGINS, Sheriff, Pulaski County;
ROSE, Major, Supervisor, PCRDF;
ALLEN, Lieutenant, Housing, PCRDF; and
NEWBURN, Lieutenant, Housing Night Shift,
PCRDF  DEFENDANTS

JUDGMENT

Hamilton's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

9 December 2021